VICTORIA L. FRANCIS
Assistant U.S. Attorney
U.S. Attorney's Office
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247- 4633
FAX: (406) 657- 6058
E-mail Address: Victoria.francis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| In the Matter of the Seizure of $85,433.00 in United States Currency. | Case No. MJ 17-44-BLG-TJC<br><br>UNITED STATES' MOTION TO FILE SEIZURE WARRANT APPLICATION AND ATTACHED AFFIDAVIT UNDER SEAL |

The United States, through Victoria L. Francis, Assistant U.S. Attorney, moves the Court pursuant to L.R. 5.1 to file under seal the Application for a Warrant to Seize Property Subject to Forfeiture and attached Affidavit (hereafter Application and attached Affidavit). The grounds for this motion are set forth below.

Filing the Application and attached Affidavit under seal is necessary because the criminal investigation is ongoing. The Affidavit

1

attached to the Application contains detailed information, which tends to disclose the means and methods of the investigation, and filing it unsealed could compromise the investigation.

The undersigned submits this motion in good faith in accordance with L.R. 5.1(a) with due regard to the public's right of access to documents filed in this district. The undersigned certifies at this time it is appropriate and reasonable to file the Application and attached Affidavit under seal until further order of this Court.

Accordingly, the government respectfully requests the Court order that the Application and attached Affidavit be filed under seal, and remain under seal until further order of the Court.

DATED this 27th day of June, 2017.

MICHAEL W. COTTER<br>
United States Attorney<br>
<br>
/s/ Victoria L. Francis<br>
Victoria L. Francis<br>
Assistant U.S. Attorney<br>
Attorney for United States