IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED JUN 27 2017** Clerk, U S District Court District Of Montana Billings

| | |
|---|---|
| In the Matter of the Seizure of $85,433.00 in United States Currency. | Case No. MJ 17-44-BLG-TJC<br><br>ORDER |

The United States has filed a motion to file under seal the Application for a Warrant to Seize Property Subject to Forfeiture and attached Affidavit. Upon considering the United States' motion and weighing the public's right of access to documents filed in this district, the Court finds that good cause exists at this time to allow the Application and attached Affidavit to be filed under seal.

IT IS HEREBY ORDERED that the United States' motion is granted. The Clerk of District Court shall file under seal the Application for a Warrant to Seize Property Subject to Forfeiture and attached Affidavit.

DATED this 27 day of June, 2017.

Timothy J. Cavan
United States Magistrate Judge